**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MARIE BARSCH,

                              Plaintiff,          1:25-CV-01478
      v.                                          (BKS/PJE)

ASCEND WELLNESS NY LLC, et al.,

                              Defendants.

---

**APPEARANCES:**                              **OF COUNSEL**:

The Law Firm of Higbee and Associates      TARYN ROSE MURRAY, ESQ.
3110 W Cheyenne Ave Suite 2000
Las Vegas, Nevada 89032
Attorneys for plaintiff

Cullen & Dkyman LLP                          ARIEL E. RONNEBURGER, ESQ.
The Omni Building
333 Earle Ovington Blvd., 2nd Floor
Uniondale, New York 11553
Attorneys for defendant
Ascend Wellness NY LLC

**PAUL J. EVANGELISTA**
**U.S. MAGISTRATE JUDGE**

### ORDER

    Plaintiff Marie Barsch commenced an action in this Court on October 21, 2025. *See* Dkt. No. 1 ("Compl."). The undersigned disqualifies himself from this action due to a conflict of interest. Accordingly, this case must be assigned to a different Magistrate Judge. *See* 28 U.S.C. § 455 (a), (b).

    **WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(8) and 28 U.S.C. § 455 (a), (b), and it is further

**ORDERED**, that in accordance with General Order 12(G)(8), the Clerk shall reassign this case at random; and it is further

**ORDERED**, that the Clerk shall serve this Order on all parties who have appeared this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: January 8, 2026
      Albany, New York

_____
Paul J. Evangelista
U.S. Magistrate Judge